FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RACHEL DRIVER,<br><br>               Plaintiff,<br><br>    v.<br><br>CLARKSON-DAVIS,<br>a Texas limited liability company;<br>JASON PEDIGO; COURTYARD<br>SPOKANE DOWNTOWN AT THE<br>CONVENTION CENTER,<br>an unknown business entity;<br>COURTYARD MANAGEMENT<br>CORPORATION,<br>a Delaware corporation; MARCOURT<br>INVESTMENTS INCORPORATED,<br>a Maryland corporation; DOES 1–50,<br><br>               Defendants. | No.  2:17-CV-00303-SMJ<br><br>**ORDER ADOPTING<br>PROTECTIVE ORDER** |

      Pursuant to Federal Rule of Civil Procedure 26(c) and the stipulation of the parties, the parties' Joint Stipulated Motion for Protective Order, **ECF No. 105**, is **GRANTED**. The parties' Stipulated Protective Order, **ECF No. 105-1**, is **APPROVED** and incorporated in this Order by reference. Parties filing documents protected under this Order may file the documents under seal without first obtaining

ORDER **-** 1

leave of the Court.[1]

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of May 2018.

SALVADOR MENDOZA, JR.
United States District Judge

---

[1] *See* U.S. Dist. Ct. for the E. Dist. of Wash., *Procedures for the Filing of Sealed and Ex Parte Documents for Civil Cases* 6 (Aug. 26, 2015), http://www.waed.uscourts.gov/sites/default/files/electronic_how/Sealed%20Handout%20for%20Civil%20Cases-20150827.pdf

ORDER **-** 2