FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RECHAEL DRIVER,<br><br>                     Plaintiff,<br><br>        v.<br><br>CLARKSON-DAVIS, a Texas limited liability company; JASON PEDIGO; COURTYARD SPOKANE DOWNTOWN AT THE CONVENTION CENTER, an unknown business entity; COURTYARD MANAGEMENT CORPORATION, a Delaware corporation; MARCOURT INVESTMENTS INCORPORATED, a Maryland corporation; and DOES 1–50,<br><br>                     Defendants. | No.    2:17-cv-00303-SMJ<br><br>**ORDER DISMISSING DEFENDANTS JASON PEDIGO AND CLARKSON-DAVIS** |

Before the Court is Plaintiff's Motion to Voluntarily Dismiss Defendants Jason Pedigo and Clarkson-Davis, ECF No. 175, and related motion to expedite, ECF No. 178. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED**:

1.      Plaintiff's Motion to Voluntarily Dismiss Defendants Jason Pedigo and Clarkson-Davis, **ECF No. 175**, and related motion to expedite, **ECF No. 178**, are **GRANTED**.

ORDER DISMISSING DEFENDANTS JASON PEDIGO AND
CLARKSON-DAVIS **-** 1

2.  All claims against Defendants Jason Pedigo and Clarkson-Davis are

**DISMISSED WITH PREJUDICE**, with all parties to bear their own

costs and attorney fees.

3.  The Clerk's Office and the parties are **DIRECTED** to **AMEND** the

caption as follows:

RECHAEL DRIVER,

Plaintiff,

v.

COURTYARD SPOKANE DOWNTOWN AT THE
CONVENTION CENTER, an unknown business entity;
COURTYARD MANAGEMENT CORPORATION, a
Delaware corporation; MARCOURT INVESTMENTS
INCORPORATED, a Maryland corporation; and DOES 1–50,

Defendants.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

provide copies to all counsel.

**DATED** this 14th day of March 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING DEFENDANTS JASON PEDIGO AND
CLARKSON-DAVIS **-** 2