Witherspoon Kelley
Daniel J. Gibbons, Esq. (WSBA 33036)
422 W. Riverside Avenue, Suite 1100
Spokane, WA  99201-0300
Telephone: (509) 624-5265
Facsimile: (509) 458-2728
E-mail: djg@witherspoonkelley.com

Daley & Heft, LLP
Attorneys at Law
Robert R. Heft, Esq. (SBN 076739)
Samuel C. Gazzo, Esq. (SBN 212405)
Matthew T. Racine, Esq. (SBN 256865)
462 Stevens Avenue, Suite 201
Solana Beach, CA  92075
Telephone:  (858) 755-5666
Facsimile:  (858) 755-7870
E-mail: rheft@daleyheft.com
        sgazzo@daleyheft.com
        mracine@daleyheft.com

*Attorneys for Plaintiff Rechael Driver*

Hon. Salvador Mendoza, Jr.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RECHAEL DRIVER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>COURTYARD SPOKANE DOWNTOWN AT THE CONVENTION CENTER; an unknown business entity; COURTYARD MANAGEMENT CORPORATION, a Delaware corporation; MARCOURT INVESTMENTS INCORPORATED, a Maryland corporation; and DOES 1 through 50,<br><br>    Defendants. | Case No.:   2:17-cv-00303-SMJ<br><br>**PLAINTIFF RECHAEL DRIVER'S WITNESS LIST** |

Pursuant to this Court's Scheduling Order, plaintiff submits her witness

PLAINTIFF WITNESS LIST - 1
{S1857030; 1 }

list. Plaintiff reserves the right to examine (on direct or cross) any witnesses listed on defendants' witness list, and reserves the right to call rebuttal witnesses.

| Name | Description | Anticipated Testimony | Expert? | Scheduling Conflicts |
|---|---|---|---|---|
| Rechael Driver | Plaintiff | Her involvement in the voyeurism incident and resultant damages | No | None |
| Rebecca Driver | Mother of Plaintiff | Knowledge of voyeurism incident and her daughter's damages | No | None |
| Luke Moffitt | Significant other of Plaintiff | Knowledge of impact of voyeurism incident and resultant damages | No | None |
| Michael Driver | Father of Plaintiff | Knowledge of voyeurism incident and his daughter's damages | No | None |
| Pam Alfaro | General Manager of Courtyard Spokane; Designated PMK Witness | Knowledge of hotel policies and procedures; inspected subject door gap after the incident | No | Unknown |
| Christopher Mount | Assistant GM of Courtyard Spokane | Knowledge of hotel policies and procedures; inspected subject door gap after the incident | No | Unknown |
| Bob Bower | Chief Engineer for Courtyard Spokane | Knowledge of hotel maintenance and repair of subject door gap | No | Unknown |

PLAINTIFF WITNESS LIST - 2
{S1857030; 1 }



| Name | Description | Anticipated Testimony | Expert? | Scheduling Conflicts |
|---|---|---|---|---|
| Ronnie Parsley | Courtyard Spokane Night Security Guard | Responded to plaintiff's room after voyeurism incident | No | Unknown |
| Officer Beau Brannon | Spokane Police Officer | Responded to plaintiff's call to police re voyeurism incident; will describe interactions with plaintiff and arrest of Pedigo | No | Unknown |
| Officer Shane Oien | Spokane Police Officer | Documented (photographed) search warrant execution and seizure of evidence | No | Unknown |
| Lois Franz | Courtyard Spokane Front Desk Employee | On duty night of incident; spoke with plaintiff's father | No | Unknown |
| Bob Simonson | Regional Vice President of engineering and facilities for the western region of the Americas, for Marriott International. | Rule 30(b)(6) witness regarding design standards | No | Unknown |
| Michelle Jensen | Plaintiff's Current Therapist | Plaintiff's mental health symptoms caused by the voyeurism incident | Percipient and Expert | None |
| Bonnie Rumble | Plaintiff's Former Therapist | Treated Plaintiff immediately after voyeurism incident; will speak on psychological damage | Percipient and Expert | None |

PLAINTIFF WITNESS LIST - 3
{S1857030; 1 }



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

| Name | Description | Anticipated Testimony | Expert? | Scheduling Conflicts |
|---|---|---|---|---|
| Fred Del Marva | Hotel Practices Expert | Opinions regarding defendants' negligence, improper procedures, and other opinions contained within his written reports | Yes | None |
| Jack Diehl | Architect | Opinions regarding improper installation of door shoe under subject connector doors | Yes | None |
| Dominick Addario, M.D. | Psychiatrist | Opinions regarding how the voyeurism incident affect plaintiff's mental health and need for future treatment; affect of employment | Yes | Dr. Addario is scheduled to present at a conference at Johns Hopkins University and may have a potential conflict depending on actual date of testimony |
| Cloie Johnson | Vocational Rehabilitation | Opinions about how the voyeurism has impacted plaintiff's employability and future prospects for employment and earnings | Yes | None |

PLAINTIFF WITNESS LIST - 4
{S1857030; 1 }



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100      Phone: 509.624.5265
Spokane, Washington 99201-0300           Fax: 509.458.2728

| Name | Description | Anticipated Testimony | Expert? | Scheduling Conflicts |
|---|---|---|---|---|
| Sean Black | Economist | Quantify plaintiff's economic loss | Yes | None |

Dated: May 23, 2019        WITHERSPOON KELLEY

By: */s/ Daniel J. Gibbons*
    Daniel J. Gibbons, Esq.
    Witherspoon Kelley
    422 W. Riverside Avenue, Suite 1100
    Spokane, WA  99201-0300
    Telephone: (509) 624-5265
    Facsimile: (509) 458-2728
    djg@witherspoonkelley.com
    *Attorneys for Plaintiff, Rachael Driver*

Dated: May 23, 2019        DALEY & HEFT, LLP

By: */s/ Samuel C. Gazzo*
    Robert R. Heft, Esq.
    Samuel C. Gazzo, Esq.
    Matthew T. Racine, Esq.
    Daley & Heft, LLP
    Attorneys at Law
    462 Stevens Avenue, Suite 201
    Solana Beach, CA  92075
    Telephone: (858) 755-5666
    Facsimile: (858) 755-7870
    rheft@daleyheft.com
    sgazzo@daleyheft.com
    mracine@daleyheft.com
    *Attorneys for Plaintiff, Rechael Driver*

PLAINTIFF WITNESS LIST - 5
{S1857030; 1 }

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of May, 2019,

1.  I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

    | | |
    |---|---|
    | Daniel E. Thenell: | dan@thenelllawgroup,com |
    | Christina Anh Ho: | christina@thenelllawgroup.com |
    | Victor Corpuz: | CorpusV@jacksonlewis.com |
    | Jason Pedigo: | JasonPedigo@yahoo.com |

2.  I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants at the address listed: **None.**

3.  I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants at the address listed below: **None.**

4.  I hereby certify that I have hand-delivered the document to the following participants at the addresses listed below: **None.**

WITHERSPOON KELLEY

By: */s/ Daniel J. Gibbons*
Daniel J. Gibbons, WSBA #33036
*Attorneys for Plaintiff*

PLAINTIFF WITNESS LIST - 6
{S1857030; 1 }



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100     Phone: 509.624.5265
Spokane, Washington 99201-0300          Fax: 509.458.2728